IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 5:11cv00657-FL |
| RICARDO SANCHEZ-MARTINEZ, ) | |
| RSM FRAMING CONTRACTORS, LLC ) | |
| BEATRIZ SANCHEZ, and ) | |
| DULCHE RODRIGUEZ, ) | |
| Defendants. ) | |

**ENTRY OF DEFAULTS**

Defaults are hereby entered against defendants Ricardo Sanchez-Martinez, RSM Framing Contractors, LLC, Beatriz Sanchez, and Dulche Rodriguez pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for having failed to appear, plead or otherwise defend in this action.

Dated this 13th day of February, 2012.

CLERK, U.S. DISTRICT COURT