UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERIC A | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
|  | ) | No. 5:11-CV-657-FL |
| RICARDO SANCHEZ-MARTINEZ; BEATRIZ SANCHEZ; DULCHE RODRIGUEZ; and, RSM FRAMING CONTRACTORS, LLC, | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 18, 2012, that plaintiff's motion for default judgment is granted. Judgment is entered, in favor of plaintiff and against defendant Ricardo Sanchez-Martinez, for unpaid 2000, 2001, 2002, 2003, 2004, 2005, and 2006 federal individual income taxes, penalties and interest in the total amount of $2,813,106.55 plus statutory interest under 26 U.S.C. § 6621 from February 24, 2012, until paid. Further, plaintiff has valid and existing federal tax liens against all property and rights to property owned by defendant Ricardo Sanchez-Martinez. The nominee federal tax liens against defendants RSM Framing Contractors, LLC, and Beatriz Sanchez, as nominees of Ricardo Sanchez-Martinez are foreclosed against the subject property, which is to be sold pursuant to 28 U.S.C. §§2001 and 2002 in the manner set forth more specifically within the court's May 18, 2012.

**This Judgment Filed and Entered on May 24, 2012, and Copies To:**

Lawrence P. Blaskopf (via CM/ECF Notice of Electronic Filing)
Ricardo Sanchez-Martinez (via U.S. Mail) 4114 Gregory Lane, Raleigh, NC 27610
RSM Framing Contractors c/o Ricardo Sanchez-Martinez LLC (via U.S. Mail) 4114 Gregory
       Lane, Raleigh, NC 27610

Beatriz Sanchez (via U.S. Mail) 4026 Hunnicutt Drive, Raleigh, NC 27610
Dulche Rodriguez (via U.S. Mail) 7800 S. Colorado Drive, Raleigh, NC 27616

    May 24, 2012        JULIE A. RICHARDS, CLERK
                                      /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk