IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Civil No. 5:11cv00657-FL |
| RICARDO SANCHEZ-MARTINEZ, RSM FRAMING CONTRACTORS, LLC BEATRIZ SANCHEZ, and DULCHE RODRIGUEZ, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the United States' motion for an order confirming the sale of the real property at issue in the above-captioned case and upon consideration of the Report of Judicial Sale submitted in support of that motion,

It Is ORDERED:

1. The United States' motion is GRANTED;

2. The sale of the real property at issue in this case is CONFIRMED;

3. The proceeds of the sale, currently on deposit with the Clerk of this Court, are to be distributed in accordance with the report of sale of the real property; and

4. The Internal Revenue Service is to execute and deliver its deed conveying the real property to the purchaser.

07/18/2013
Date

_/s/ Louise W. Flanagan_
United States District Judge